ACCEPTED
04-14-00807-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/17/2015 9:37:43 PM
KEITH HOTTLE
CLERK

No. 04-14-00807-CV

In the Court of Appeals for the

Fourth Court of Appeals District

San Antonio, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

04/17/2015 9:37:43 PM

~~KEITH E. HOTTLE~~
Clerk

BRADLEY AERY, et al.,

Appellants,

v.

HOSKINS, INC., et al.,

Appellees.

FROM THE 36TH JUDICIAL DISTRICT COURT OF MCMULLEN COUNTY, TEXAS

MOTION FOR EXTENSION
OF TIME TO FILE KULKA APPELLEES' BRIEF

TO THE HONORABLE JUSTICES OF THE COURT:

NOW COME appellees Lee Ann Kulka, Andrea Jurica and Lee Roy Hoskins, III (collectively, "Kulka Appellees"), in accord with Texas Rules of Appellate Procedure 2, 10.5(b) and 38.6(d), respectfully request that the time to file their appellees' brief be extended for thirty days until May 20, 2015.

1.     The judgment form which this appeal is taken was signed by the judge of the 36th Judicial District Court, McMullen County, Texas on October 21, 2014.

Appellants' Notice of Appeal was filed November 14, 2014. By order dated January 23, 2015, this Court deemed that the Clerk's record was filed.

2. Appellants' Brief was originally due to be filed on February 23, 2015. However, Appellants sought and were granted an extension of thirty (30) days in which to file their Brief. Appellants' brief was timely filed on March 20, 2015.

3. The Kulka Appellees' brief is currently due on April 20, 2015. The Kulka Appellees respectfully request an extension of thirty (30) days in which to prepare and file their Appellees' Brief until May 20, 2015. At least two orders have been entered extending the deadline for Co-Appellees to file their briefs until May 20, 2015.

4. This extension of time is requested to allow for coordination among the Appellees and avoid duplication of the briefing presented to this Court. The Kulka Appellees further request this extension because of conflicts associated with counsel's schedule, as well as other pending matters. Thus, the Kulka Appellees respectfully request a thirty (30) day extension of the deadline to file their brief, or until May 20, 2015.

5. This is the Kulka Appellees' first request for an extension of time. This request is not sought for delay, but in order that justice may be done, and in order that the Kulka Appellees may properly review the record, examine and consider the issues raised in Appellants' brief and adequately address the issues in

2

this appeal. No party will be harmed if this request for extension of time is granted.

WHEREFORE, appellees Lee Ann Kulka, Andrea Jurica and Lee Roy Hoskins, III respectfully request that this Court grant the Kulka Appellees' unopposed request for an extension of time to file their Appellees' Brief until May 20, 2015. The Kulka Appellees pray for such other and further relief to which they may be justly entitled.

Respectfully submitted,

**JACKSON WALKER L.L.P.**
112 E. Pecan Street, Suite 2400
San Antonio, Texas 78205
(210) 978-7700
(210) 978-7790 – Fax

By:_____/s/ Julia W. Mann_____
Peter E. Hosey
State Bar No. 10027500
Julia W. Mann
State Bar No. 00791171

**ATTORNEYS FOR APPELLEES**
**LEE ANN KULKA, LEE ROY**
**HOSKINS, III AND ANDREA JURICA**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Lee Ann Kulka, Andrea Jurica, Leroy Hoskins, III's Motion for Extension of Time to File Appellee's Brief has been forwarded to all counsel and parties of record, listed below, by via electronic service or email, on this 17th day of April, 2015.

| | |
|---|---|
| Rosemarie Kanusky<br>John W. Weber, Jr.<br>Jeffrey A. Webb<br>James Summers<br>NORTON ROSE FULBRIGHT US LLP<br>300 Convent, Suite 2100<br>San Antonio, Texas 78205<br>Rosemarie.Kanusky@nortonrosefulbright.com<br>John.Weber@nortonrosefulbright.com<br>Jeff.Webb@nortonrosefulbright.com<br>James.Summers@nortonrosefulbright.com<br>*Appellate Counsel for the House Family* | Dan Pozza<br>LAW OFFICE OF DAN POZZA<br>239 East Commerce Street<br>San Antonio, Texas 78205<br>danpozza@yahoo.com<br>*Appellate Counsel for Aery Family* |
| David Ylitalo<br>COATS ROSE PC<br>1020 Northeast Loop 410<br>Suite 800<br>San Antonio, Texas 78209<br>dylitalo@coatsrose.com<br>*Counsel for Leonard Hoskins* | Marc K. Whyte<br>WHYTE, PLLC<br>209 Tuttle<br>San Antonio, Texas 78209<br>whytemarc@gmail.xom<br>*Counsel for Aery Family* |
| Ellen Mitchell<br>C. David Kinder<br>Cox Smith<br>112 E. Pecan Street, Suite 1800<br>San Antonio, Texas 78205<br>(210) 554-5500<br>(210) 226-8395 – Fax<br><br>*Counsel for C. Clifton Hoskins and Hoskins, Inc.* | John George, Jr.<br>Matthew F. Wymer<br>BEIRNE, MAYNARD & PARSONS, LLP<br>112 East Pecan Street, Suite 2750<br>San Antonio, Texas 78205<br>jgeorgejr@bmpllp.com<br>mwymer@bmpllp.com<br>*Counsel for Aery Family* |

| | |
|---|---|
| Jason A. Newman<br>BAKER BOTTS L.L.P.<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, Texas 77002-4995<br>Jason.newman@bakerbotts.com<br>*Counsel for Texoz E&P I, Inc.* | Melanie Hessler Phipps<br>KUSTOFF & PHIPPS, LLP<br>4103 Parkdale Street<br>San Antonio, Texas 78229-2520<br>mphipps@kplegal.com<br>*Counsel for Aery Family* |
| Benjamin F. Youngblood, III<br>BENJAMIN F. YOUNGBLOOD III, P.L.L.C.<br>8207 Callaghan Road, Suite 100<br>San Antonio, Texas 78230<br>bfy@prodigy.net<br>*Counsel for Jane W. Hoskins* | Ezra A. Johnson<br>UHL, FITZSIMONS,<br>JEWETT & BURTON, PLLC<br>4040 Broadway, Suite 430<br>San Antonio, Texas 78209<br>ejohnson@ufjblaw.com<br>*Counsel for Blake C. Hoskins* |
| David W. Navarro<br>Brendon C. Holm<br>HORNBERGER SHEEHAN FULLER BEITER<br>WITTENBERG & GARZA INCORPORATED<br>The Quarry Heights Building<br>7373 Broadway, Suite 300<br>San Antonio, Texas 78209<br>dnavarro@hsfblaw.com<br>bholm@hsfblaw.com<br>*Counsel for Brent C. Hoskins* | Michael C. Sartori<br>LAW OFFICE OF MICHAEL C. SARTORI<br>P.O. Box 1222<br>502A Houston Street<br>George West, Texas 78022<br>Michael@msartori.com<br>*Counsel for Hoskins, Inc., C. Clifton Hoskins, Trudy Day, and Hazel Q. Hoskins* |
| Conner R. Jackson<br>R. Clay Hoblit<br>HOBLIT FERGUSON DARLING, LLP<br>2000 Frost Bank Plaza<br>802 Carancahua<br>Corpus Christi, Texas 78401<br>cjackson@hfdlaw.com<br>choblit@hfdlaw.com<br>*Counsel for Aurora Resources Corporation* | Bruce D. Oakley<br>Robert L. Pillow<br>HOGAN LOVELLS US LLP<br>700 Louisiana Street, Suite 4300<br>Houston, Texas 77002<br>Bruce.oakley@hoganlovells.com<br>Robert.pillow@hoganlovells.com<br>*Counsel for Armadillo E&P, Inc., Sea Eagle Ford, LLC, and Sundance Energy, Inc.* |

/s/ Julia W. Mann

Julia W. Mann

13004331v.1